AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

|  |  |
|---|---|
| United States of America ) | |
| v. ) | |
| JEFFREY BOOKER ) | Case No: 4:97cr00241-02 JMM |
| ) | USM No: 21285-009 |
| Date of Previous Judgment: 12/17/1998 ) | Jenniffer Horan |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __270__ months **is reduced to** __216 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
|---|---|---|---|
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.

❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __12/18/1998__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  August 4, 2008                    /s/ James M. Moody
                                              Judge's signature

Effective Date:                               James M. Moody, United States District Judge
       (if different from order date)              Printed name and title